1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAMELA BACK, | Civil No. 3:10-CV-05468-RBL-KLS |
| Plaintiff, | |
| v. | ORDER OF REMAND AND JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, an administrative law judge (ALJ) will hold a *de novo* hearing and Plaintiff may raise any issue.  The ALJ will:  (1) update the medical record with existing evidence from medical sources and reevaluate all medical source evidence of record; (2) reevaluate the severity of all of the claimant's physical and mental impairments, including chronic pain syndrome and post-traumatic stress disorder (PTSD), and resulting limitations, if any; (3) reevaluate all lay testimony of record, including statements of Breeanna Back, Beth Shaw, Richard Perkins, and Robin Schoenbaechler; (4) request evidence of and

consider the claimant's latest Veterans' Administration disability rating; (5) reevaluate the credibility of the claimant's subjective complaints; (6) reevaluate the claimant's residual functional capacity, taking into account all severe and non-severe impairments; and (7) complete the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 14th day of March, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS, WSB# 40807
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Phone: (206) 615-3858
Fax: (206)615-2531
lisa.goldoftas@ssa.gov